UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**In RE:**

MARQUIS GRANDY FEAGINS

**Debtor(s)**

**Chapter:** 13
**Claim Number:** 16
**Case Number:** 22-81161

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only      ☒ Payment only      ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 07/03/2024

/s/ Bharat Gurkha

Creditor's Authorized Agent for Ally Bank

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF ALABAMA

In RE:

Chapter: 13

MARQUIS GRANDY FEAGINS

Case Number: 22-81161

Debtor(s)

## Certificate of Service

I certify that on 07/03/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
MARY CONNER POOL
MPOOL@BONDNBOTES.COM

Trustee
SABRINA L MCKINNEY
TRUSTEES_OFFICE@CH13MDAL.COM

United States Trustee
NA

/s/ Bharat Gurkha
Bharat Gurkha
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com